Gary I. STUART, Jr.[1], Petitioner
Below, Appellant,

v.

Oliva STUART, Respondent
Below, Appellee.

No. 470, 2016

Supreme Court of Delaware.

Submitted: January 27, 2017
Decided: March 22, 2017

Court Below—Family Court of the State
of Delaware, File No. CK15–02155, Petition No. 16–08585

AFFIRMED.